No. 14-1461

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

D & D BEAUTY CARE COMPANY, LLC,
Appellant – Petitioner

v.

WEIDER PUBLICATIONS, LLC,
Appellee – Respondent

**SUBSTITUTION OF ATTORNEY PER RULE 47**
**FOR APPELLANT D & D BEAUTY CARE COMPANY, LLC**

Al Mohajerian, Esq.
MOHAJERIAN, A Professional Law Corporation
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
(310) 556-3800 (telephone)

Maureen R. Smith, Esq.
UNGARETTI & HARRIS, LLP
70 W. Madison, Suite 2500
Chicago, Illinois 60602
(310) 977-4400 (telephone)

The Court and All Parties are notified that Appellant D & D Beauty Care Company, LLC (hereinafter, "D & D Beauty") makes the following substitution of its principal attorney pursuant to Federal Circuit Rules 47.3 (a) and 47.3 (c) (5):

**Former Attorney for D & D Beauty**:
Maureen R. Smith, Esq.
UNGARETTI & HARRIS, LLP
70 W. Madison, Suite 2500
Chicago, Illinois 60602
(310) 977-4400 (telephone)

**New Attorney for D & D Beauty**
Al Mohajerian, Esq.
MOHAJERIAN, A Professional Law Corporation
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
(310) 556-3800 (telephone)

This substitution is made with the approval of D & D Beauty and Ms. Smith's withdrawal is not sought for delay.

WHEREFORE, D & D Beauty prays that the Court allow the substitution of attorneys as described above.

Dated: June 4, 2014

Respectfully submitted,

MOHAJERIAN, A Professional Corporation
By: _____
    Al Mohajerian, Esq.

UNGARETTI & HARRIS, LLP
By: _____
    Maureen R. Smith, Esq.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served the document(s) listed below by placing a true and correct copy thereof in a sealed envelope with postage therein fully prepaid, addressed as follows:

| | |
|---|---|
| DATE SERVED: | June 6, 2014 |
| DOCUMENT SERVED: | Substitution of Attorney Per Rule 47.3 (c) (5) for Appellant D& D Beauty Care Company, LLC |
| PARTIES SERVED: | See attached Service List |

☒ US mail

☐ Fax

☐ Hand

☒ Electronic means
(by email or CM/ECF)

I am employed in the City of Los Angeles, County of Los Angeles, California, I am over the age of 18 years old and not a party to the within action, my business address is 1901 Avenue of the Stars, Suite 1100, Los Angeles, California 90067.

Dated: June 6, 2014                Signature: _____

| | |
|---|---|
| Name of Counsel: | Al Mohajerian, Esq. |
| Signature of Counsel: | /s/ |
| Law Firm: | MOHAJERIAN, A Professional Corporation |
| Address: | 1901 Avenue of the Stars, Suite 1100 |
| City/State/ Zip: | Los Angeles, California 90067 |
| Telephone No. | (310) 556-3800 |
| Facsimile No: | (310) 556-3817 |

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# SERVICE LIST

| | |
|---|---|
| Scott E. Thompson, Esq.<br>DRINKER BIDDLE & REATH, LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036-2714<br>(212) 248-3140 (telephone) | Attorneys for Respondent,<br>Wieder Publications, LLC |
| Masahiro Noda, Esq.<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200 (telephone) | Attorneys for Respondent,<br>Wieder Publications, LLC |
| Maureen R. Smith, Esq.<br>UNGARETTI & HARRIS, LLP<br>70 W. Madison, Suite 2500<br>Chicago, Illinois 60602<br>(310) 977-4400 (telephone) | Attorney for Appellant,<br>D & D Beauty Care Company, LLC |