NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**D & D BEAUTY CARE COMPANY, LLC,**
*Appellant,*

v.

**WEIDER PUBLICATIONS, LLC,**
*Appellee.*

---

2014-1461

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91199352.

---

**ON MOTION**

---

**O R D E R**

D & D Beauty Care Company, LLC moves without opposition to withdraw Maureen R. Smith as counsel of record and to substitute Al Mohajerian as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

2　　D & D BEAUTY CARE COMPANY, LLC v. WEIDER PUBLICATIONS, LLC

    The motion is granted.

                                             FOR THE COURT

                                             <u>/s/ Daniel E. O'Toole</u>
                                             Daniel E. O'Toole
                                             Clerk of Court

s27