No. 14-1461

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

OPPOSITION No. 91199352
D & D BEAUTY CARE COMPANY, LLC,
Appellant – Petitioner

v.

WEIDER PUBLICATIONS, LLC,
Appellee – Respondent

_____

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK
OFFICE, TRADEMARK TRIAL AND APPEAL BOARD,
SERIAL NO. 85/034975

_____

### JOINT MOTION ON CONSENT TO EXTEND BRIEFING DEADLINES

| | |
|---|---|
| Al Mohajerian, Esq. | Masahiro Noda, Esq. |
| MOHAJERIAN, A Professional Law Corp. | GREENBERG TRAURIG, LLP |
| 1901 Avenue of the Stars, Suite 1100 | MetLife Building, 200 Park Avenue |
| Los Angeles, California 90067 | New York, New York 10166 |
| (310) 556-3800 (telephone) | (212) 801-9200 |
| Attorney for Appellant, | Attorney for Appellee, |
| D & D Beauty Care Company, LLC | Weider Publications, LLC |

August 27, 2014

Over the past several weeks, the parties have continued to engage in good faith settlement discussions. Appellant therefore moves with Appellee's consent for a thirty (30) day extension of time to file Appellant's Brief, from the current September 8, 2014 deadline until **October 8, 2014**, with subsequent briefing deadlines to be reset accordingly.

WHEREFORE, the parties request that the Court grant this Joint Motion on Consent to Extend Briefing Deadlines.

Dated:   August  27 , 2014			Respectfully submitted,

MOHAJERIAN, A Professional Law Corp.

By: _____
         Al Mohajerian, Esq.

**Attorney for Appellant,
D & D Beauty Care Company**


Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
         Masahiro Noda, Esq.

**Attorney for Appellee Weider
Publications, LLC**

2

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served the document(s) listed below by placing a true and correct copy thereof in a sealed envelope with postage therein fully prepaid, addressed as follows:

| | |
|---|---|
| DATE SERVED: | August 28, 2014 |
| DOCUMENT SERVED: | **JOINT MOTION ON CONSENT TO EXTEND BRIEFING DEADLINES** |
| PARTIES SERVED: | Masahiro Noda, Esq., Daniel I. Schloss, Esq.<br>GREENBERG TRAURIG, LLP<br>MetLife Building, 200 Park Avenue<br>New York, New York 10166<br>Attorneys for Weider Publications, LLC |

☐ US mail
☐ Fax
☐ Hand
■ Electronic means
(by email or CM/ECF)

I am employed in the City of Los Angeles, County of Los Angeles, California, I am over the age of 18 years old and not a party to the within action, my business address is 1901 Avenue of the Stars, Suite 1100, Los Angeles, California 90067.

Dated: August 28, 2014

| | |
|---|---|
| Name of Counsel: | Al Mohajerian, Esq. |
| Signature of Counsel: | *[signature]* |
| Law Firm: | MOHAJERIAN, A Professional Corporation |
| Address: | 1901 Avenue of the Stars, Suite 1100 |
| City/State/ Zip: | Los Angeles, California 90067 |

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

D & D Beauty Care Company, LLC    v.    Weider Publishing, LLC

No. 14-1461

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant, D & D Beauty Care Company, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

D & D Beauty Care Company

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

D & D Beauty Care Company

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

MOHAJERIAN, A Professional Law Corporation, Al Mohajerian

June 9, 2014
Date

Signature of counsel
Al Mohajerian, Esq.
Printed name of counsel

Please Note: All questions must be answered
cc: _____